|   |   |
|---|---|
| 1 | KAEMPFER CROWELL |
|   | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
|   | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
|   | Telephone:  (702) 792-7000 |
| 4 | Facsimile:  (702) 796-7181 |
|   | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |

Attorneys for Defendants DePuy Synthes, Inc., DePuy Synthes Sales, Inc., and Chad Arthurs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ADAM IAN COWLEY, | Case No. 2:21-cv-00129-KJD-VCF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO WITHDRAW MOTION TO REMAND (ECF NO. 4)** |
| DEPUY SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; CHAD ARTHURS; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiff Adam Cowley and defendants DePuy Synthes, Inc., DePuy Synthes Sales, Inc., and Chad Arthurs stipulate to withdraw plaintiff's Motion to Remand (ECF No. 4) without prejudice to re-filing at a later date, if necessary.

| | |
|---|---|
| THE COTTLE FIRM | KAEMPFER CROWELL |
| /s/ Matthew D. Minucci | |
| Robert W. Cottle, No. 4576<br>Matthew D. Minucci, No.12449<br>8635 South Eastern Avenue<br>Las Vegas, Nevada 89123 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff Adam Cowley | Attorneys for Defendants DePuy Synthes, Inc., DePuy Synthes Sales, Inc., and Chad Arthurs |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 2/16/2021