| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| 2 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239 |
| 3 | 1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| 4 | Telephone: (702) 792-7000<br>Facsimile: (702) 796-7181 |
| 5 | Email: rmccoy@kcnvlaw.com<br>Email: sgraves@kcnvlaw.com |
| 6 | Attorneys for Defendants DePuy Synthes, |
| 7 | Inc., DePuy Synthes Sales, Inc., and<br>Chad Arthurs |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM IAN COWLEY, | Case No. 2:21-cv-00129-KJD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS CHAD ARTHURS AND DEPUY SYNTHES, INC. WITHOUT PREJUDICE** |
| DEPUY SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; CHAD ARTHURS; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiff Adam Cowley and defendants DePuy Synthes, Inc., DePuy Synthes Sales, Inc., and Chad Arthurs stipulate pursuant to Fed. R. Civ. P. 41(2) to voluntarily dismiss the following defendants without prejudice:

    1.    DePuy Synthes, Inc.; and

    2.    Chad Arthurs.

The parties further stipulate that each party will bear its own fees and costs.

| THE COTTLE FIRM | KAEMPFER CROWELL |
|---|---|
| /s/ Matthew D. Minucci | |
| Robert W. Cottle, No. 4576 | Robert McCoy, No. 9121 |
| Matthew D. Minucci, No.12449 | Sihomara L. Graves, No. 13239 |
| 8635 South Eastern Avenue | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff Adam Cowley | Attorneys for Defendants DePuy Synthes, Inc., DePuy Synthes Sales, Inc., and Chad Arthurs |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   2/16/2021