1 | KAEMPFER CROWELL
Robert McCoy, No. 9121
2 | Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
3 | Las Vegas, Nevada 89135
Telephone: (702) 792-7000
4 | Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
5 | Email: sgraves@kcnvlaw.com

6 | Attorneys for Defendants DePuy Synthes, Inc., DePuy Synthes Sales, Inc., and
7 | Chad Arthurs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM IAN COWLEY, | Case No. 2:21-cv-00129-KJD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO WITHDRAW DEFENDANT CHAD ARTHURS' MOTION TO DISMISS (ECF NO. 6)** |
| DEPUY SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; CHAD ARTHURS; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiff Adam Cowley and defendants DePuy Synthes, Inc., DePuy Synthes Sales, Inc., and Chad Arthurs stipulate to withdraw defendant Chad Arthurs' Motion to Dismiss (ECF No. 6) without prejudice to re-filing at a later date, if necessary.

| THE COTTLE FIRM | KAEMPFER CROWELL |
|---|---|
| */s/ Matthew D. Minucci* <br> Robert W. Cottle, No. 4576 <br> Matthew D. Minucci, No.12449 <br> 8635 South Eastern Avenue <br> Las Vegas, Nevada 89123 | Robert McCoy, No. 9121 <br> Sihomara L. Graves, No. 13239 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff Adam Cowley | Attorneys for Defendants DePuy Synthes, Inc., DePuy Synthes Sales, Inc., and Chad Arthurs |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  2/16/2021