KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendants DePuy Synthes Sales, Inc. and DePuy Synthes, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM IAN COWLEY,<br><br>   Plaintiff,<br><br>vs.<br><br>DEPUY SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; CHAD ARTHURS; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-00129-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Adam Ian Cowley and Defendants DePuy Synthes Sales, Inc. and DePuy Synthes, Inc. stipulate to dismiss all claims in this action with prejudice, each party to bear its own fees and costs.

| THE COTTLE FIRM | KAEMPFER CROWELL |
|---|---|
| /s/ Matthew D. Minucci<br>Robert W. Cottle, No. 4576<br>Matthew D. Minucci, No.12449<br>8635 South Eastern Avenue<br>Las Vegas, Nevada 89123 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff Adam Cowley | Attorneys for Defendant DePuy Synthes Sales, Inc. and DePuy Synthes, Inc. |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: 12/2/2022